# Michael L. Kohl, P.C.
ATTORNEYS AT LAW
34 Eagle Circle
Bohemia, NY 11716
(631)219-1810
FAX: (631) 415-0846
email: michaellkohl.pc@gmail.com
4/15/2014

Judge Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York

          RE:  Rivero vs. Kirschenbaum & Phillips, P.C.
              Index Number 11CV 5707

Dear Judge Bloom:

This letter shall serve as the Defendant's proposed briefing schedule for its Renewed Motion for Summary Judgment:

    Motion to be served on or before June 18. 2014;
    Opposition to be served on or before July 16, 2014;
    Reply and all papers efiled on July 30, 2014.

Please advise if this is acceptable. Since I am efiling this letter I am not mailing a copy to the Plaintiff.

Very truly yours,
Michael L. Kohl, P.C.


BY: _____
      Michael L. Kohl